**Markice WOODS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 66492.

Missouri Court of Appeals,
Eastern District,
Division One.

March 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 26, 1995.

Application to Transfer Denied
May 30, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Markice Woods, appeals from an order entered in the Circuit Court of the County of St. Louis denying appellant's Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 84.16(b).